## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

DAVID R. LUTES,
        Plaintiff,

vs.                                        CASE NO.: 3:09cv463/LAC/MD

PATHWAYS FOR CHANGE, INC., et. al.,
        Defendants.

---

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 27, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and the objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      This cause is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), and the clerk is directed to close the file.

3.      The clerk of court is directed to forward a copy of this order to the plaintiff David Lutes, Inmate #P07712 at Graceville Work Camp, 5230 Ezell Road, Graceville, FL 32440-4289 and amend the docket to reflect this address.

DONE AND ORDERED this 11th day of February, 2010.

s/L.A. Collier
LACEY COLLIER
SENIOR UNITED STATES DISTRICT JUDGE